**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2023-KA-0162

State Of Louisiana

- - Versus - -

Thomas Christopher Rider

22nd Judicial District Court
Case #: 38462021
St. Tammany Parish

On Application for Rehearing filed on   11/27/2023 by State of Louisiana

Rehearing _____ *Denied* _____

_____
John Michael Guidry

_____
Wayne Ray Chutz

_____
Walter I. Lanier III

Date   **NOV 3 0 2023**
_____
Rodd Naquin, Clerk